IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 6:15-CR-001-4 |
| | ) |
| TYRONE SCOTT | ) |

### ORDER OF DISMISSAL

This matter is before the Court on Defendant's motion to dismiss the indictment. Doc. 528. In its response, the United States concedes that Defendant met the four-factor test established by the United States Supreme Court in *Barker v. Wingo*, 407 U.S. 514, 531 (1972). As such, Defendant's Motion to Dismiss the Indictment is **GRANTED**.

The indictment as to Defendant Tyrone Scott is hereby dismissed with prejudice.

So ORDERED, this **13** day of June, 2025.

_____
Honorable Lisa Godbey Wood
United States District Court Judge
Southern District of Georgia